UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DOMENECH and
KADIJA WILLIAMS,

           Plaintiffs,

-against-

TBWA\CHIAT\DAY,

           Defendant.

No. 07 Civ. 3146 (DLC)

**NOTICE OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

      **PLEASE TAKE NOTICE** that Plaintiffs Michael Domenech and Kadija Williams hereby voluntarily dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), as Defendant TBWA Worldwide Inc. ("TBWA"), incorrectly sued herein as TBWA\Chiat\Day, has neither nor moved for summary judgment in this action.

Dated: Jericho, New York
       July 31, 2007

                                MAURO & GUZZARDO, LLP
                                Attorneys for Plaintiffs
                                181 Jericho Turnpike
                                Suite 302
                                Jericho, New York 11753
                                (516) 333-2015
                                By: _____
                                    Eden Fitzgibbons Mauro (EF-5296)