USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL DOMENECH and
KADIJA WILLIAMS,

           Plaintiffs,

-against-

TBWA\CHIAT\DAY,

           Defendant.

No. 07 Civ. 3146 (DLC)

**NOTICE OF
VOLUNTARY DISMISSAL
WITH PREJUDICE**

    **PLEASE TAKE NOTICE** that Plaintiffs Michael Domenech and Kadija Williams hereby voluntarily dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), as Defendant TBWA Worldwide Inc. ("TBWA"), incorrectly sued herein as TBWA\Chiat\Day, has neither nor moved for summary judgment in this action.

Dated: Jericho, New York
       July 31, 2007

MAURO & GUZZARDO, LLP
Attorneys for Plaintiffs
181 Jericho Turnpike
Suite 302
Jericho, New York 11753
(516) 333-2015
By: _____
Eden Fitzgibbons Mauro (EF-5296)

So ordered.

*[signature]*
August 2, 2007